

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00793-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. D/B/A American Medical Home Health Services ("Hub City"), American Medical Home Health Services San Antonio, LLC ("AM Home Health SA"), American Medical Hospice Care, LLC ("AM Hospice SA"), American Medical Palliative Support, LLC ("AM Palliative Support"), Magdalena (Maggie) Clemente, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH INC.** and Legacy Home Care Services, Inc. D/B/A All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Pursuant to the parties' agreement, it is ORDERED that each party bear its own costs on appeal. *See* TEX. R. APP. P. 42.1(d).

SIGNED October 1, 2025.

Irene Rios, Justice